UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| V. | NO. 5:06MJ-17-K |
| TINA M. JENSEN | 18 U.S.C. 13<br>KRS 530.060 |

The United States Attorney charges:

## COUNT 1

On or between the $9^h$ day of July 2004 and 31 August 2004, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, TINA M. JENSEN, defendant herein, being a parent legally charged with the care of E.J., age 12 years, failed to exercise reasonable diligence in the control over E.J., and allowed E.J. to become neglected and dependant when the defendant provided cigarettes for E.J. and an unsafe living condition.

In violation of Title 18, United States Code, Section 13 (KRS 530.060).

## COUNT 2

On or between the 9$^h$ day of July 2004 and 31 August 2004, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, TINA M. JENSEN, defendant herein, acting other than as a retail licensee, knowingly purchased an alcoholic beverage for a minor and encourage E.J., age 12 years, to have sex with an man over the age of 18.

In violation of Title 18, United States Code, Section 13 (KRS 530.070).

DAVID L. HUBER
United States Attorney

BY: *Eric P. Gallun*
ERIC P. GALLUN
Special Assistant U.S. Attorney

TINA M. JENSEN

## **PENALTIES**

### **COUNT 1**

18 U.S.C. 13  (KRS 530.060)

MINIMUM:

MAXIMUM:  $500 and/or 12 Months confinement

SPECIAL ASSESSMENT:  $25

### **COUNT 2**

18 U.S.C. 13 (KRS 530.070)

MINIMUM:

MASIMUM:  $500 and/or 12 Months confinement